# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-18-00197-CV

**Rosalinda Trevino, Appellant**

**v.**

**Brian O'Quinn, Appellee**

### FROM THE 53RD DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-FM-17-003420, THE HONORABLE LORA J. LIVINGSTON, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

Appellant Rosalinda Trevino filed her notice of appeal on March 30, 2018. The reporter's record was due on June 11, 2018. On reporter's requests, the time for filing was extended to October 5, 2018. On November 14, 2018, LaSonya Thomas requested another extension of time. We order Thomas to file the reporter's record in this cause no later than November 21, 2018. *See* Tex. R. App. P. 37.3(a). Failure to file the record will result in Thomas being called before the Court to show cause why she should not be held in contempt of this order.

It is ordered on November 16, 2018.

Before Chief Justice Rose, Justices Field and Toth